

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2015

No. 04-15-00267-CV

Dolores **REYNOSO** and Juan Reynoso,
Appellants

v.

**LOFT CONCEPTS, INC.,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015CV00936
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellee's brief was due October 12, 2015. Neither the brief nor a motion for extension of time has been filed.

We **order** appellee's brief filed by **October 26, 2015**. If the brief is not filed by the date ordered, we may order the case submitted without an appellee's brief.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court